IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW, | CASE NO. 5:12-cv-00954 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |
| v. | |
| DAUGHTERS OF CHARITY HEALTH SYSTEM, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to Ilaw v. UNUM US, Case No. 5:12-cv-00745 LHK, an action currently pending before Judge Koh.

**IT IS SO ORDERED.**

Dated: March 6, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-00954 EJD
ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS