**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW, | ) Case No.: 12-CV-00954-LHK |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING CASE |
| | ) |
| DAUGHTERS OF CHARITY HEALTH | ) |
| SYSTEM, | ) |
| Defendant. | ) |
| | ) |

On March 19, 2012, Plaintiff notified the Court that j g was voluntarily dismissing the above captioned case.  ECF 7.  Defendant has not served either an answer or a motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a party may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Accordingly, the above captioned case is DISMISSED.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 21, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00954-LHK
ORDER DISMISSING CASE